# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-14-00788-CV

### In re Cedric Bernard Walton

### ORIGINAL PROCEEDING FROM MILAM COUNTY

## M E M O R A N D U M   O P I N I O N

We withdraw our opinion dated December 31, 2014, and substitute the following opinion in its place. Relator's motion for rehearing is denied.

In this petition for writ of mandamus, relator Cedric Bernard Walton seeks to compel the trial court to enter a judgment nunc pro tunc awarding him certain pretrial jail-time credit, which the trial court has now denied. *See* Tex. Code Crim. Proc. art. 42.03, § 2(a). A writ of mandamus will issue to direct the entry of such judgment nunc pro tunc "only if the right to pretrial jail-time credit is absolutely indisputable." *In re Brown*, 343 S.W.3d 803, 804 (Tex. Crim. App. 2011). Relator must provide the reviewing court with a record sufficient to establish his right to mandamus relief. *In re Mendoza*, 131 S.W.3d 167, 168 (Tex. App.—San Antonio 2004, orig. proceeding); *see* Tex. R. App. P. 52.7(a)(1) (requiring relator to file certified or sworn copy of every document material to claim for relief).

Here, Walton failed to provide a record supporting his alleged entitlement to jail-time credit. As such, it is not "absolutely indisputable" that he is entitled to the jail-time credit sought. *See In re Brown*, 343 S.W.3d at 804.

Because Walton failed to demonstrate his right to relief, the petition for writ of mandamus is denied.

                                               _____

                                               Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed: January 28, 2015

2